IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:03-cv-00031-H

| | |
|---|---|
| DAVID C. ANDERSON and SAMUEL PULLEN, on behalf of themselves and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SARA LEE CORPORATION, )<br>)<br>Defendant. ) | **JOINT MOTION TO APPROVE SETTLEMENT** |

Plaintiffs and Defendant jointly move this Court for entry of an Order (1) approving a settlement reached in this conditionally certified Fair Labor Standards Act ("FLSA") collective action, and (2) dismissing this action, with prejudice.

To effectuate a binding release, FLSA settlements generally require judicial approval. *Taylor v. Progress Energy, Inc.*, 493 F.3d 454, 460 (4th Cir. 2007), *superseded on other grounds by regulation*, 73 Fed. Reg. 67987 (Nov. 17, 2008), *as recognized in Whiting v. Johns Hopkins Hosp.*, 416 Fed. App'x 312 (4th Cir. 2011). A copy of the parties' Settlement Agreement and Release of Claims ("Settlement Agreement") is attached as Exhibit 1. In support of this Motion, the parties contemporaneously filed their Memorandum in Support of Joint Motion To Approve Settlement.

WHEREFORE, the Plaintiffs and Defendant respectfully request the Court grant their joint motion, enter an order approving the Settlement Agreement, and dismiss this case with prejudice.

Respectfully submitted, this the 22nd day of April, 2013.

                         LAW OFFICES OF ALVIN L. PITTMAN

By:   /s/ Alvin L. Pittman
       Alvin L. Pittman (N.C. State Bar No. 8460)
       5933 West Century Boulevard, Suite 230
       Los Angeles, CA 90045
       Telephone: 310.337.3077
       Facsimile: 310.337.3080
       E-Mail: office@apittman-law.com
       *Attorneys for Plaintiffs*

OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.

By:   /s/ Kevin S. Joyner
      C. Matthew Keen (N.C. State Bar No. 14204)
      Kevin S. Joyner (N.C. State Bar No. 25605)
      4208 Six Forks Road, Suite 1100
      Raleigh, North Carolina 27609
      Telephone:  919.787.9700
      Facsimile:   919.783.9412
      Email: matt.keen@ogletreedeakins.com
      Email: kevin.joyner@ogletreedeakins.com

      and

      Patrick F. Hulla
      4520 Main Street
      Suite 400
      Kansas City, MO  64111
      Telephone: 816.471.1301
      Facsimile: 816.471.1303
      Email:  pat.hulla@ogletreedeakins.com

      and

      Alfred B. Robinson, Jr.
      1909 K Street NW, Suite 1000
      Washington, D.C.  200006
      Telephone: 202.887.0855
      Facsimile: 202.887.0866
      Email: alfred.robinson@ogletreedeakins.com

      *Attorneys for Defendant*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:03-cv-00031-H

| | |
|---|---|
| DAVID C. ANDERSON and SAMUEL PULLEN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vi. <br><br> SARA LEE CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   **CERTIFICATE OF SERVICE** |

This is to certify that the undersigned has filed this Joint Motion to Approve Settlement with the Clerk of the Court using the CM/ECF system which will provide electronic notice to the following:

Alvin L. Pittman at office@apittman-law.com

This 22nd day of April, 2013.

                                       OGLETREE, DEAKINS, NASH,
                                         SMOAK & STEWART, P.C.

                           By:    /s/ Kevin S. Joyner
                                     Kevin S. Joyner

14698814.1 (OGLETREE)