IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:03-cv-00031-H

DAVID C. ANDERSON and SAMUEL )
PULLEN, on behalf of themselves and all )
others similarly situated, )
               )
       Plaintiffs, ) **ORDER**
               ) **GRANTING PLAINTIFFS' MOTION FOR**
v.              ) **CLASS COUNSEL'S ATTORNEY'S FEES**
               ) **AND COSTS**
SARA LEE CORPORATION, )
               )
      Defendant. )

Upon consideration of Plaintiffs' Motion for Class Counsel's Attorney's Fees and Costs, and Memorandum of Law and Declaration of Alvin L. Pittman in support, and the Settlement Agreement and Release of Claims agreed to by the parties, and

It appearing that:

1. Class Counsel did substantial work identifying, investigating and prosecuting Plaintiffs' and Class Members' claims; Class Counsel is an experienced employment attorney and is well-versed in wage and hour class actions; that Class Counsel has performed and demonstrated his commitment to the Class and to representing the Class's interests over ten years, and committed substantial resources to the case;

2. That defendant makes no objections to the requested fees and costs;

IT IS HEREBY ORDERED that:

The Plaintiffs' request for attorney's fees and costs in the total amount of $531,650.00 are reasonable and are approved.

Dated: 5/16/13

Honorable Malcolm J. Howard
Senior United States District Judge